**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRANDON MASSEY,**

        **Plaintiff,**

    **v.**                              **Civil Action 2:20-cv-5626**

                                      **Chief Magistrate Judge Elizabeth P. Deavers**

**COLUMBIA GAS OF OHIO, INC.,**

        **Defendant.**

## PRELIMINARY PRETRIAL ORDER

Based upon the parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil

Procedure, the Court **ADOPTS** the following schedule:

<u>INITIAL DISCLOSURES</u>

Initial disclosures shall be made by **DECEMBER 17, 2020**.

<u>VENUE AND JURISDICTION</u>

There are no issues related to venue or jurisdiction.

<u>PARTIES AND PLEADINGS</u>

Any motion to amend the pleadings or to join additional parties shall be filed by **DECEMBER 17, 2020**.

<u>ISSUES</u>

Plaintiff's Complaint asserts claims of interference and retaliation under the Family and Medical Leave Act of 1993 ("FMLA"), race discrimination and retaliation under the Civil Rights Act of 1866, 42 U.S.C § 1981, as amended by the Civil Rights Act of 1991 ("Section 1981"). Plaintiff also alleges state law claims for race and disability discrimination and retaliation claims under O.R.C. § 4112.01, et seq. Plaintiff has demanded a trial by jury.

Defendant asserts Plaintiff had a significant disciplinary history with Defendant and it terminated Plaintiff for a legitimate, non-discriminatory reason.

DISCOVERY PROCEDURES

All discovery shall be completed by **AUGUST 26, 2021**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **SEPTEMBER 26, 2021**.

EXPERT TESTIMONY

Primary expert reports must be produced by **MAY 26, 2021**. Rebuttal expert reports must be produced by **JUNE 26, 2021**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff shall make a settlement demand by **MARCH 1, 2021**. Defendants shall respond by **APRIL 1, 2021**.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in April 2021.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.  The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing.  If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

**IT IS SO ORDERED**.


Date:  November 24, 2020                    */s/ Elizabeth A. Preston Deavers*
                                            ELIZABETH A. PRESTON DEAVERS
                                            CHIEF UNITED STATES MAGISTRATE JUDGE