## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON MASSEY, | ) | Case No. 2:20-cv-5626 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE ALGENON L. MARBLEY |
| v. | ) | |
| | ) | MAGISTRATE JUDGE ELIZABETH A. |
| COLUMBIA GAS OF OHIO, INC., | ) | PRESTON DEAVERS |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 2nd day of April, 2021.

 */s/Trisha M. Breedlove*
Trisha M. Breedlove (0095852)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Attorney for Plaintiff*

 */s/Michael T. Short* (email approval on 4/2/21)
Michael T. Short  (0069409)
Sara K. Squillante  (0096705)
Littler Mendelson, P.C.
41 South High Street, Suite 3250
Columbus, Ohio 43215
Telephone: (614) 463-4223
Facsimile: (614) 737-9884
mshort@littler.com
ssquillante@littler.com
*Attorneys for Defendant*